78 A.3d 526

IN THE MATTER OF ANDREW D. SCHILDINER, AN
ATTORNEY AT LAW (ATTORNEY NO. 015681995).

January 7, 2013.

## ORDER

**ANDREW D. SCHILDINER** of **HACKENSACK,** who was
admitted to the bar of this State in 1995, having tendered his
consent to disbarment as an attorney at law of the State of New
Jersey, and good cause appearing;

It is ORDERED that **ANDREW D. SCHILDINER** is dis-
barred by consent, effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll of
attorneys and that he be permanently restrained and enjoined
from practicing law; and it is further

ORDERED that all funds, if any, currently existing or hereinaf-
ter deposited in any New Jersey financial institution maintained
by **ANDREW D. SCHILDINER** pursuant to *Rule* 1:21–6 shall be
restrained from disbursement except on application to this Court
for good cause shown and shall be transferred by the financial
institution to the Clerk of the Superior Court, who is directed to
deposit the funds in the Superior Court Trust Fund pending
further Order of this Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing
with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a
permanent part of respondent's file as an attorney at law of this
State; and it is further

ORDERED that respondent reimburse the Disciplinary Over-
sight Committee for appropriate administrative costs and actual
expenses incurred in the prosecution of this matter, as provided in
*Rule* 1:20–17.